UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21705-CIV-UNGARO/O'SULLIVAN

KRISTY ROBLES, et al,

    Plaintiffs,

v.

SOLARTE-CAMI'S, LLC, et al,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion to Compel Settlement Agreement (DE # 67, 11/05/07).

On November 5, 2007, the plaintiff filed the instant Motion to Compel Settlement Agreement (DE # 67). Under the Local Rules, the defendant's memorandum in opposition to the plaintiff's motion was due on November 26, 2007.

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida, provides in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(C) (emphasis added).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to

1

Plaintiff's Motion to Compel Settlement Agreement (DE # 67, 11/05/07) **on or before Tuesday, December 11, 2007**. The failure to file a response may result in a recommendation that Plaintiff's Motion to Compel Settlement Agreement (DE # 67, 11/05/07) be granted in its entirety.

      DONE AND ORDERED, in Chambers, at Miami, Florida, this **27th** day of November, 2007.

```
                                        _____
                                        JOHN J. O'SULLIVAN
                                        UNITED STATES MAGISTRATE JUDGE
```

Copies furnished to:

United States District Judge Ungaro
All counsel of record

Robert Edward Blanchfield
Allen Norton & Blue
1477 W Fairbanks Avenue, Suite 100
Winter Park, FL 32789

Jennifer Marie Fowler-Hermes
Kunkel Miller & Hament
235 N Orange Avenue, Suite 200
Sarasota, FL 34236